UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

NORMA OLIVER,
THOMAS OLIVER,
Plaintiffs

v.

JOSEPH L. MICHAUD,
MATTHEW H. MICHAUD,
DOUGLAS H. SMITH,
ALYSSA L. PARENT,
STEVEN J. HART,
CHRISTINE M. FEENEY,
SARAH TAFT-CARTER,
BRIAN THOMPSON,
DANIELLE KEEGAN,
BRENDEN OATES,
Individually and in their official capacities,
Defendants

CASE NO. 2:22-cv-468-JLB-KCD

FILED
AUG 19 2022
Clerk, US District Court
Middle District of Florida
Fort Myers, Florida

**AFFIDAVIT OF NORMA OLIVER IN SUPPORT OF MOTION TO PROCEED *IN FORMA PAUPERIS***

1. I am resident of Florida.

2. At times in my life, I was on food stamps and struggled to make ends meet.

3. At no point in my life could I be considered wealthy or even "well off."

4. Summer vacations consisted of outings just a drive away—and never anything lavish.

5. My total income of $14,136 annually is quite close to the federal poverty guidelines for 2022, $13,590, and at 4% above those guidelines, is certainly well below any 150% or 125% threshold.

6. I do not understand how my property can be taken from me when I owe nothing to any of the defendants. That's just not right. So, if I prevail in the above-captioned matter, and I can't see why I would not, I guarantee I will reimburse the court for any fees associated with its prosecution.

7. Paying the filing fee would present a financial hardship for me.

I, Norma Oliver, declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 19th day of August 2022



Norma Oliver
401-363-5570