UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

NORMA OLIVER,
THOMAS OLIVER,
Plaintiffs

v.

JOSEPH L. MICHAUD,
MATTHEW H. MICHAUD,
DOUGLAS H. SMITH,
ALYSSA L. PARENT,
STEVEN J. HART,
SARAH TAFT-CARTER,
BRIAN D. THOMPSON,
DANIELLE C. KEEGAN,
BRENDEN T. OATES,
CLAUDIA M. ABREAU,
JAMES D. SYLVESTER,
ATTORNEY X,
Individually and in their official capacities,
Defendants

CASE NO. 2:22-cv-468-JLB-KCD

**REQUEST FOR ELECTRONIC RETURN OF SUBPOENA**

I, Thomas Oliver, called chambers today to ask if I can get a subpoena that I am sending to the court via the electronic portal to also be returned to me via the email below or in some other electronic fashion. I ask this because the amended complaint is due no later than September 6, 2022. If everything is done via U.S. mail, it will not be possible to have the amended complaint submitted by that date with ATTORNEY X's name known—an attorney whose name a third party represented by that lawyer will not reveal.

August 30, 2022

_____
Thomas Oliver, *pro se*
6920 Bernadean Blvd.
Punta Gorda, FL 33982
401-835-3035
tomscotto@gmail.com

_____
When the legislative or executive functionaries act unconstitutionally, they are responsible to the people in their elective capacity. The exemption of the judges from that is quite dangerous enough. I know no safe depository of the ultimate powers of the society, but the people themselves. - **Thomas Jefferson**