|  | Monthly Rent* | Total | Mortgage | Rental Losses Condo Fees/Taxes** | Insurance*** | Net |
|---|---|---|---|---|---|---|
| Year 1 | $1,500.00 | $18,000.00 | $6,531.12 | $4,847.80 | $302.00 | $6,319.08 |
| Year 2 | $1,595.25 | $19,143.00 | $6,531.12 | $5,007.78 | $316.65 | $7,287.46 |
| Year 3 | $1,696.55 | $20,358.58 | $6,531.12 | $5,173.03 | $332.00 | $8,322.42 |
| Year 4 | $1,804.28 | $21,651.35 | $6,531.12 | $5,343.74 | $348.11 | $9,428.38 |
| Year 5 | $1,918.85 | $23,026.21 | $6,531.12 | $5,520.09 | $364.99 | $10,610.01 |
| Year 6 | $2,040.70 | $24,488.38 | $6,531.12 | $5,702.25 | $382.69 | $11,872.31 |
| Year 7 | $2,170.28 | $26,043.39 | $6,531.12 | $5,890.42 | $401.25 | $13,220.59 |
| Year 8 | $2,308.10 | $27,697.14 | $6,531.12 | $6,084.81 | $420.71 | $14,660.50 |
| Year 9 | $2,454.66 | $29,455.91 | $6,531.12 | $6,285.61 | $441.12 | $16,198.07 |
| Year 10 | $2,610.53 | $31,326.36 | $6,531.12 | $6,493.03 | $462.51 | $17,839.70 |
| Year 11 | $2,776.30 | $33,315.59 | $6,531.12 | $6,707.30 | $484.94 | $19,592.22 |
| Year 12 | $2,952.59 | $35,431.12 | $6,531.12 | $6,928.64 | $508.46 | $21,462.90 |
| Year 13 | $3,140.08 | $37,681.00 | $6,531.12 | $7,157.29 | $533.12 | $23,459.47 |
| Year 14 | $3,339.48 | $40,073.74 | $6,531.12 | $7,393.48 | $558.98 | $25,590.17 |
| Year 15 | $3,551.54 | $42,618.43 | $6,531.12 | $7,637.46 | $586.09 | $27,863.75 |
| Year 16 | $3,777.06 | $45,324.70 | $6,531.12 | $7,889.50 | $614.52 | $30,289.56 |
| Year 17 | $4,016.90 | $48,202.82 | $6,531.12 | $8,149.85 | $644.32 | $32,877.52 |
| Year 18 | $4,271.97 | $51,263.70 | $6,531.12 | $8,418.80 | $675.57 | $35,638.21 |
| Year 19 | $4,543.24 | $54,518.94 | $5,986.86 | $8,696.62 | $708.34 | $39,127.12 |
| Year 20 | $4,831.74 | $57,980.89 |  | $8,983.61 | $742.69 | $48,254.59 |
| Year 21 | $5,138.56 | $61,662.68 |  | $9,280.07 | $778.71 | $51,603.90 |
| Year 22 | $5,464.85 | $65,578.26 |  | $9,586.31 | $816.48 | $55,175.47 |
| Year 23 | $5,811.87 | $69,742.48 |  | $9,902.66 | $856.08 | $58,983.74 |
| Year 24 | $6,180.93 | $74,171.13 |  | $10,229.45 | $897.60 | $63,044.08 |
| Year 25 | $6,573.42 | $78,880.99 |  | $10,567.02 | $941.13 | $67,372.85 |
| Year 26 | $6,990.83 | $83,889.94 |  | $10,915.73 | $986.77 | $71,987.43 |
| Year 27 | $7,434.75 | $89,216.95 |  | $11,275.95 | $1,034.63 | $76,906.37 |
| Year 28 | $7,906.85 | $94,882.22 |  | $11,648.05 | $1,084.81 | $82,149.36 |
| Year 29 | $8,408.94 | $100,907.24 |  | $12,032.44 | $1,137.43 | $87,737.38 |
| Year 30 | $8,942.90 | $107,314.85 |  | $12,429.51 | $1,192.59 | $93,692.75 |
| **Total lost** |  |  |  |  |  | **$1,128,567.36** |

*Rent has increased by an average of 6.35% per year over the last 28 years based on:
www.southkingstownri.com/DocumentCenter/View/5291/4-SK-Housing-Links.
**Taxes have gone *down* by 0.6% per year since 2014, but are assumed flat for this report.
**Condo fees have gone up 3.3% per year.
***Insurance has increased by an average of 4.85% per year over the last 18 years based on:
www.iii.org/table-archive/21406.
Other than monthly rent, values shown are yearly totals and computed based on today's date 8-1-22.

Exhibit A