UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS OLIVER and NORMA
OLIVER,

       Plaintiffs,

v.                                                     Case No:  2:22-cv-468-JLB-KCD

JOSEPH L. MICHAUD,
MATTHEW H. MICHAUD,
DOUGLAS H. SMITH, ALYSSA L.
PARENT, STEVEN J. HART,
SARAH TAFT-CARTER, BRIAN
THOMPSON, DANIELLE
KEEGAN, BRIAN OATES,
CLAUDIA M. ABREAU, JAMES D.
SLYVESTER, MICHAEL K.
ROINSON, JOEL A. ROBINSON
and ROBINSON LAW
ASSOCIATES, LLC,

       Defendants.
_____/

## ORDER

The Magistrate Judge has entered a Report and Recommendation, recommending that the Court dismiss Plaintiffs' action without prejudice for failure to prosecute.  (Doc. 19).  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id*.

1

Here, after an independent review of the record, and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 19) is **ADOPTED** and made part of this Order for all purposes.
2. This case is **DISMISSED** without prejudice for failure to prosecute.
3. The Clerk of Court shall enter judgment dismissing the case without prejudice, terminate all deadlines, and close the case.

**ORDERED** at Fort Myers, Florida on April 25, 2023.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE